UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Order Filed on November 29, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Edward L. Baker, Jr. and Linda D. Baker

Case No.: 15-20800

Adv. No.:

Hearing Date:

Judge: Michael B. Kaplan

### ORDER VACATING ORDER GRANTING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through 2 is hereby **ORDERED**.

DATED: November 29, 2016

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

The Court, on its own motion, finds that the

Order Granting Motion For Relief From Stay re: 2 Ebony Rd, Howell, NJ
_____

entered in the above-captioned case was entered in error and must be vacated;

and for good cause show, it is

ORDERED that said order

Order Granting Motion For Relief From Stay re: 2 Ebony Rd, Howell, NJ
_____

dated  11/28/2016 _____ be and the same is hereby vacated.